UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HUGGINS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRATOS DEFENSE & SECURITY SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-03976-JSC<br>Case No. 17-cv-06872-JSC<br><br>**ORDER RE: CONDITIONAL WITHDRAWAL OF COUNSEL** |
| ANTONIO HUGGINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO.,<br><br>    Defendants. | |

Clayeo C. Arnold, A Professional Law Corporation and McGuinn, Hillsman & Palefsky seek to withdraw as counsel for Plaintiff Antonio Huggins in the above-captioned cases. (Case No. 3:18-cv-03976-JSC, Dkt. No. 26; Case No. 3:17-cv-06872-JSC, Dkt. No. 45.) After careful consideration of counsel's motions to withdraw, the Court concludes oral argument is unnecessary, *see* N.D. Cal. Civ. L.R. 7-1(b), and GRANTS the motions to withdraw.

Counsel has provided Mr. Huggins with notice of the withdrawal and complied with all relevant standards of professional conduct. *See* N.D. Cal. Civ. L.R. 11-5(a); California Rule of Professional Conduct 1.16. Mr. Huggins consents to counsel's withdrawal in both cases and intends to seek new representation. (Case No. 3:18-cv-03976-JSC, Dkt. No. 26 at 5; Case No. 3:17-cv-06872-JSC, Dkt. No. 45 at 2.) On May 6, 2021, the Court granted Mr. Huggins's motion

1 for an extension of time to serve the summons and complaint in the *Kratos Defense* action, and

2 stated that on or before July 7, 2021 he shall have a notice of appearance of counsel filed in that

3 action. (Case No. 3:18-cv-03976-JSC, Dkt. No. 24.) In *Huggins v. City and County of San*

4 *Francisco*, Case No. 3:17-cv-0682-JSC, counsel notified opposing counsel of its intent to

5 withdraw and, following their meet and confer regarding the issue, the parties stipulated to a

6 continuance of the case management conference. (Case No. 3:17-cv-0682-JSC, Dkt. No. 45 at 5.)

7 The next deadline in *Huggins v. City and County of San Francisco*, Case No. 3:17-cv-0682-JSC, is

8 a further case management conference set for July 22, 2021.

9 Civil Local Rule 11-5(b) states that when withdrawal by an attorney from an action is "not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se." Because the motions were not accompanied by the simultaneous appearance of substitute counsel for Mr. Huggins, Clayeo C. Arnold, A Professional Law Corporation and McGuinn, Hillsman & Palefsky shall continue to be served for forwarding purposes until Mr. Huggins appears by other counsel. When Civil Local Rule 11-5(b)'s "condition is imposed, counsel must notify the party of this condition." N.D. Cal. Civ. L.R. 11-5(b). Therefore, counsel shall additionally provide Mr. Huggins with notice, to fullest extent possible, that papers will continue to be served on counsel for forwarding purposes. "Any filed consent by the party to counsel's withdrawal under these circumstances must include acknowledgment of this condition." *Id.*

21 Accordingly, the motions to withdraw as counsel are GRANTED subject to the conditions imposed by Civil Local Rule 11-5(b).

23 This Order disposes of Dkt. No. 26 in Case No. 3:18-cv-03976-JSC; Dkt. No. 45 in Case No. 3:17-cv-06872-JSC.

25 //
26 //
27 //
28 //

2

**IT IS SO ORDERED.**

Dated: May 14, 2021

                                                                                     */s/ Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge