UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO HUGGINS,

          Plaintiff,

    v.

CITY AND COUNTY OF SAN
FRANCISCO,

          Defendant.

Case No.  17-cv-06872-JSC

**ORDER TO PLAINTIFF TO SHOW
CAUSE WHY HIS LAWSUIT SHOULD
NOT BE DISMISSED FOR FAILURE
TO PROSECUTE**

On May 5, 2021, pursuant to stipulation by the parties, the Court scheduled a Case Management Conference for July 22, 2021.  (Dkt. No. 44.)[1]  Under the standing order of this Court, the parties were directed to file a joint case management statement one week in advance of the Case Management Conference.

On May 11, 2021, Plaintiff's counsel moved to withdraw from the case, noting that Plaintiff gave knowing and free assent to counsel's withdrawal.  (Dkt. No. 45.)  The Court granted the motion.  (Dkt. No. 46.)

In advance of the Case Management Conference, Defendant filed a unilateral case management statement.  (Dkt. Nos. 47, 48.)  Defendant attempted to contact Plaintiff as well as Plaintiff's former counsel, but Plaintiff did not cooperate with Defendant to produce a joint case management statement, nor did he file a unilateral statement of his own.  (Dkt. No. 48 at 1.)  Thereafter, Plaintiff failed to appear for the Case Management Conference on July 22, 2021.

Accordingly, Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on

---

[1] All parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c).  (Dkt. Nos. 7, 16.)

United States District Court
Northern District of California

Plaintiff's failure to appear for the Case Management Conference.  Plaintiff shall appear and show cause on **August 26, 2021 at 1:30 p.m.**, by Zoom videoconference.  Plaintiff shall submit a written response to this Order by **August 19, 2021** showing cause as to why this action should not be dismissed for failure to prosecute.  Mr. Huggins is warned that failure to comply with this Order, including attending the hearing on August 26, 2021, may result in the dismissal of this action.  *See* Fed. R. Civ. P. 41(b).

The Court encourages Mr. Huggins to seek free assistance from the Northern District's Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. In light of the ongoing COVID-19 pandemic, Mr. Huggins should make a telephone appointment by calling (415) 782-8982.  The website for the Northern District of California also has information for litigants who are not represented by counsel.

**IT IS SO ORDERED.**

Dated: July 23, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California